Receipt No. 0666601

ORIGINAL

MARTIN A. SCHAINBAUM, Esq.
Martin A. Schainbaum, A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone: (415) 777-1040
Fax: (415) 981-1065
E-mail: schainbm@taxwarrior.com

FILED
JUN - 4 2007
U.S. COURT OF FEDERAL CLAIMS

Attorneys for Plaintiff
Rio Vista Corporation

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

RIO VISTA CORPORATION,

v.

THE UNITED STATES OF AMERICA

No.: 07-351 T

**COMPLAINT**

1. Plaintiff Rio Vista Corporation has its principal place of business at 935 Faith Place, Nipomo California, 93444. Plaintiff's Employer Identification Number is 77-0332175;

2. Defendant is the United States of America;

3. This suit arises under the Internal Revenue Laws of the United States (Chapter 26 of the United States Code) for the refund/abatement of taxes assessed against and paid by the Plaintiff involving Form 943 employment taxes for tax periods ending on the following dates: December 31, 1993, December 31, 1996, December 31, 1997, December 31, 1999, December 31, 2001, December 31, 2002, and December 31, 2003;

4. Jurisdiction is conferred upon this Court by 26 U.S.C. §§ 6532 and 7422, and 28 U.S.C. § 1346;

5. Plaintiff has made payments to Defendant's Internal Revenue Service as follows:

| Tax period Ending | Payment Amount | Payment Date |
|---|---|---|
| December 31, 1993 | $8,000 | April, 2006 |
| December 31, 1996 | $8,000 | April, 2006 |
| December 31, 1997 | $8,000 | April, 2006 |
| December 31, 1999 | $8,000 | April, 2006 |
| December 31, 2001 | $16,000 | March-April, 2006 |
| December 31, 2002 | $16,000 | February –March, 2006 |
| December 31, 2003 | $8,000 | February, 2006 |

Further, Plaintiff has made, and continues to make, monthly payments under protest pursuant to a payment plan agreement entered into with Defendant's Internal Revenue Service. To date, payments made under protest, since August 2005, pursuant to the payment plan total at least $172,000, which total amount has not been properly recorded and credited to Plaintiff's account by Defendant's Internal Revenue Service*;

6. The aforementioned payments were erroneously paid to Defendant's Internal Revenue Service due to the fact there is no tax liability in excess of the payments previously paid by Plaintiff in due course as required by law. Consequently, Defendant's Internal Revenue Service erroneously asserted additional tax liabilities in the amount of $231,359. The aforementioned alleged tax liabilities have been satisfied. Consequently, Plaintiff is entitled to refunds of the amounts paid and identified below as having been paid under protest for taxes not due and owing;

7. On or about September 1, 2006, Plaintiff submitted Forms 843, Claim for Refund and Request for Abatement, copies of which are attached as Exhibits A through G, and

* Payments have been made jointly on behalf of Plaintiff and J. Cardenas & Sons, Inc., which has filed a separate simultaneous complaint for refund. It is unknown how the Defendant's Internal Revenue Service has allocated the payments between the two taxpayers.

incorporated by reference herein, claiming refund of the following amounts:

| Exhibit | Tax Period Ending | Refund Claim Amount |
|---|---|---|
| A | December 31, 1993 | $9.64 |
| B | December 31, 1996 | $9.64 |
| C | December 31, 1997 | $51.84 |
| D | December 31, 1999 | $1,529.20 |
| E | December 31, 2001 | $11,685.81 |
| F | December 31, 2002 | $4,853.32 |
| G | December 31, 2003 | $3,784.21 |

8. To date, Plaintiff has not received any refund payment for the aforementioned erroneously assessed and paid taxes. A period of six months has elapsed since the date of filing the claims for refund;

9. As ground and basis for recovery, Plaintiff incorporates by this reference as though fully set forth herein, each and every allegation, statement and ground contained in Exhibits A through G, the respective claims for refund;

10. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1993, and is entitled to recover from Defendant the claimed refund amount of $9.64, or such greater or other amount, together with interest, as allowed by law;

11. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1996, and is entitled to recover from Defendant the claimed refund amount of $9.64, or such greater or other amount, together with interest, as allowed by law;

12. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1997, and is entitled to recover from Defendant the claimed refund amount of $51.84, or such greater or other amount, together with interest, as allowed by law;

13. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1999, and is entitled to recover from Defendant the claimed refund amount of $1,529.20, or such greater or other amount, together with interest, as allowed by law;

14. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 2001, and is entitled to recover from Defendant the claimed refund amount of $11,685.81, or such greater or other amount, together with interest, as allowed by law;

15. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 2002, and is entitled to recover from Defendant the claimed refund amount of $4,853.32, or such greater or other amount, together with interest, as allowed by law;

16. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 2003, and is entitled to recover from Defendant the claimed refund amount of $3,784.21, or such greater or other amount, together with interest, as allowed by law;

17. Plaintiff's payments to Defendant's Internal Revenue Service since August 2005, at least in the amount of $172,000, made under protest pursuant to a payment plan, constitute overpayments, and Plaintiff is entitled to recover from Defendant the amount of $172,000, or such greater or other amount, together with interest, as allowed by law;

18. Plaintiff alleges that Defendant has taken an unjustified, arbitrary and erroneous position with respect to the failure of Defendant's Internal Revenue Service to record and allow proper credit to Plaintiff for its tax payments, which failure by Defendant's Internal

Revenue Service has resulted in overpayment of the taxes paid and described herein sought to be refunded;

19. Plaintiff is the sole owner of its claims against Defendant and has made no assignment of said claims.

WHEREFORE, Plaintiff prays for judgment against Defendant, in the assessed and paid amount of $172,000, or such greater or other amount as allowed by law, together with:

a. Interest as paid, assessed, and as allowed by law;

b. Costs as allowed by law;

c. Attorneys' fees as allowed, pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 2412; 5 U.S.C. § 504, and amendments thereto made by the Equal Access to Justice Act (H.R. 5612, Titile II, § 201-208), and any other legislation; and

d. Such other relief as the Court shall deem appropriate.

Dated: 31 May 2007

MARTIN A. SCHAINBAUM
A Professional Law Corporation

[signature]

By: MARTIN A. SCHAINBAUM, Esq.

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves* **(a)** *one of the taxes shown on line 3a or* **(b)** *a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Rio Vista Corporation, Inc.** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**PO Box 6420** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Santa Maria, CA 93454** | Employer identification number (EIN)<br>**77 : 0332175** |
| Name and address shown on return if different from above | Daytime telephone number<br>**( 805 ) 310-6068** |

1 **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 1993** to **12 / 31 / 1993**

2 Amount to be refunded or abated $ **9.64**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ____________

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-April, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Jose Sandoval, in the amount of $9.64, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/93 to 12/31/93. Rio Vista Corporation, Inc. requests a refund in the amount of $9.64, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]
Signature (Title, if applicable. Claims by corporations must be signed by an officer.) ............ Date

Signature ............ Date

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 10180R Form **843** (Rev. 11-2005)

EXHIBIT

A

Form **843**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

*Do not use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant
**Rio Vista Corporation, Inc.**

Your SSN or ITIN

Address (number, street, and room or suite no.)
**PO Box 6420**

Spouse's SSN or ITIN

City or town, state, and ZIP code
**Santa Maria, CA 93454**

Employer identification number (EIN)
**77 : 0332175**

Name and address shown on return if different from above

Daytime telephone number
**( 805 ) 310-6068**

1 **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 1996** to **12 / 31 / 1996**

2 Amount to be refunded or abated
$ **9.64**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ►

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ► **$8,000-April, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Jose Sandoval, in the amount of $9.64, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/96 to 12/31/96. Rio Vista Corporation, Inc. requests a refund in the amount of $9.64, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

EXHIBIT B

Form **843** (Rev. 11-2005)

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant: **Rio Vista Corporation, Inc.** | Your SSN or ITIN |
| Address (number, street, and room or suite no.): **PO Box 6420** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code: **Santa Maria, CA 93454** | Employer identification number (EIN): **77 : 0332175** |
| Name and address shown on return if different from above | Daytime telephone number: ( **805** ) **310-6068** |

1 **Period.** Prepare a separate Form 843 for each tax period
From **01** / **01** / **1997** to **12** / **31** / **1997**

2 Amount to be refunded or abated: $ **51.84**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ____________

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-April, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Jose Sandoval, in the amount of $51.84, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/97 to 12/31/97. Rio Vista Corporation, Inc. requests a refund in the amount of $51.84, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

EXHIBIT C

Form **843** (Rev. 11-2005)

Form **843**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*
- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant
Rio Vista Corporation, Inc.

Your SSN or ITIN

Address (number, street, and room or suite no.)
PO Box 6420

Spouse's SSN or ITIN

City or town, state, and ZIP code
Santa Maria, CA 93454

Employer identification number (EIN)
77 ; 0332175

Name and address shown on return if different from above

Daytime telephone number
( 805 ) 310-6068

1 **Period.** Prepare a separate Form 843 for each tax period
From 01 / 01 / 1999 to 12 / 31 / 1999

2 Amount to be refunded or abated
$ 1,529.20

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ $8,000-April, 2006

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Filemon Camargo, in the amount of $1,529.20, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/99 to 12/31/99. Rio Vista Corporation, Inc. requests a refund in the amount of $1,529.20, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]
Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date



EXHIBIT
D

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>Rio Vista Corporation, Inc. | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>PO Box 6420 | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>Santa Maria, CA 93454 | Employer identification number (EIN)<br>77 : 0332175 |
| Name and address shown on return if different from above | Daytime telephone number<br>( 805 ) 310-6068 |

1 **Period.** Prepare a separate Form 843 for each tax period
From 01 / 01 / 2001 to 12 / 31 / 2001

2 Amount to be refunded or abated $ 11,685.81

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ►

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ► $8,000-April, 2006 $8,000-March, 2006

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Gerardo Cardenas, in the amount of $11,685.81, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/01 to 12/31/01. Rio Vista Corporation, Inc. requests a refund in the amount of $11,685.81, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

EXHIBIT E

Form **843**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Rio Vista Corporation, Inc.** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**PO Box 6420** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Santa Maria, CA 93454** | Employer identification number (EIN)<br>**77 : 0332175** |
| Name and address shown on return if different from above | Daytime telephone number<br>( **805** ) **310-6068** |

1 **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 2002** to **12 / 31 / 2002**

2 Amount to be refunded or abated
$ **4,853.32**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-March, 2006 $8,000-February, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Jose Sandoval, in the amount of $4,853.32, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/02 to 12/31/02. Rio Vista Corporation, Inc. requests a refund in the amount of $4,853.32, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]
Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date



EXHIBIT
F

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

*Do not use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Rio Vista Corporation, Inc.** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**PO Box 6420** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Santa Maria, CA 93454** | Employer identification number (EIN)<br>77 : 0332175 |
| Name and address shown on return if different from above | Daytime telephone number<br>( 805 ) 310-6068 |

1 **Period.** Prepare a separate Form 843 for each tax period
From 01 / 01 / 2003 to 12 / 31 / 2003

2 Amount to be refunded or abated $ 3,784.21

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ____________

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ $8,000-February, 2006

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Filemon Camargo, in the amount of $3,784.21, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/03 to 12/31/03. Rio Vista Corporation, Inc. requests a refund in the amount of $3,784.21, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) ____________ Date ______

Signature ____________ Date ______

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 10180R Form **843** (Rev. 11-2005)

EXHIBIT G