IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-351 T

(Judge Christine O.C. Miller)

RIO VISTA CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of thirty days from September 7, 2007, to and including October 7, 2007, within which to file its answer or other response in the above-captioned case. This is the second enlargement of time requested for this purpose; the first request having been granted for a total of thirty-five days.

In support of this motion, defendant states that in telephone conferences on August 23, and August 28, 2007, counsel for the IRS advised that: (1) a draft defense recommendation has been prepared in this action and it is being finalized; and (2) the IRS is continuing its search for the complete administrative file. This enlargement of time is sought in order to allow the IRS additional time to complete its defense recommendation and to forward that recommendation, along with any administrative files that have been located, to defendant's trial attorney. The

administrative files and the defense recommendation are necessary to prepare a response to the complaint. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson

Of Counsel

August 29, 2007