MARTIN A. SCHAINBAUM, Esq.
Martin A. Schainbaum, A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone: (415) 777-1040
Fax: (415) 981-1065
E-mail: schainbm@taxwarrior.com

Attorneys for Plaintiffs
Rio Vista Corporation,
Juan Cardenas, and Graciela Cardenas

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RIO VISTA CORPORATION, JUAN CARDENAS and GRACIELA CARDENAS<br><br>v.<br><br>THE UNITED STATES | No.: 07-351 T |

## AMENDED COMPLAINT

1. This amended complaint is filed subsequent to the complaint filed on or about June 1, 2007 on behalf of Rio Vista Corporation. A copy of the Complaint is attached hereto as Exhibit 1 and incorporated by this reference as though fully set forth herein. Plaintiffs reaffirm each and every allegation contained in Exhibit 1;

2. Plaintiff Juan and Graciela Cardenas are married and have their mailing address at

935 Faith Place, Nipomo, California, 93444, and each individual plaintiff has been determined by defendant's Internal Revenue Service, contrary to their protest, to be "responsible officers" of plaintiff Rio Vista Corporation, for Form 943 employment taxes as stated in the attached Exhibit 1, pursuant to 26 U.S.C. Section 6672.

3. Plaintiff Juan Cardenas' social security number is 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;

4. Plaintiff Graciela Cardenas' social security number is 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;

5. Defendant is the United States of America;

6. This suit arises under the Internal Revenue Laws of the United States (Chapter 26 of the United States Code) for the refund/abatement of taxes assessed against and paid by the Plaintiffs involving Form 943 employment taxes, as stated in the attached Exhibit 1;

7. Jurisdiction is conferred upon this Court by 26 U.S.C. §§ 6532 and 7422, and 28 U.S.C. § 1346;

8. This suit further arises under the Internal Revenue Laws of the United States (Chapter 26 of the United States Code) for the refund/abatement of penalties additionally assessed against and paid through levy action by defendant's Internal Revenue Service by the Plaintiffs pursuant to 26 U.S.C. § 6672, the "responsible officer penalty";

9. Plaintiffs have made payment to Defendant's Internal Revenue Service, no amount of which has been refunded.

10. Plaintiffs made payments to Defendant's Internal Revenue Service pursuant to levies and other collection activity for penalties assessed against the individual plaintiffs pursuant to 26 U.S.C. § 6672 as "responsible officer penalty", notwithstanding payment by plaintiff Rio Vista Corporation. These responsible officer penalty assessments

were arbitrary and erroneous, and contrary to law as all of the underlying tax liabilities have been satisfied, or are in the process of being determined to have been satisfied.

11. Collection against Plaintiffs was improper pursuant to 26 U.S.C. § 6331(i), which precludes collection activity during the pendency of proceedings for refund of divisible tax;

12. To date, Plaintiffs have not received any refund payment for the aforementioned erroneously assessed and paid penalties;

13. Plaintiffs allege that Defendant has taken an unjustified, arbitrary and erroneous position, contrary to law, with respect to the continued collection action against Plaintiffs, despite the pendency of the action at bar for refund of the underlying divisible tax liabilities;

14. Plaintiffs are the sole owners of their claims against Defendant and have made no assignment of said claims.

WHEREFORE, Plaintiffs pray for judgment against Defendant, in the assessed and paid amount of $192,000, or such other amount as substantiated by credible evidence adduced in this action, together with:

a. Interest as assessed, paid and as allowed by law;

b. Costs as allowed by law;

c. Costs and fees pursuant to 26 U.S.C. § 7430;

d. Attorneys' fees as allowed, pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 2412; 5 U.S.C. § 504, and amendments thereto made by the Equal Access to Justice Act (H.R. 5612, Title II, § 201-208), and any other legislation; and

e. Such other relief as the Court shall deem appropriate.

Dated: November 6, 2007

MARTIN A. SCHAINBAUM
A Professional Law Corporation

s/ Martin A. Schainbaum
MARTIN A. SCHAINBAUM, Esq.