# EXHIBIT 1

Case 1:07-cv-0035 CCM Document 8 Filed 11/07/ 07 Page 1 of 4

MARTIN A. SCHAINBAUM, Esq.
Martin A. Schainbaum, A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone: (415) 777-1040
Fax: (415) 981-1065
E-mail: schainbm@taxwarrior.com

Attorneys for Plaintiffs
Rio Vista Corporation,
Juan Cardenas, and Graciela Cardenas

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RIO VISTA CORPORATION, JUAN CARDENAS and GRACIELA CARDENAS<br><br>v.<br><br>THE UNITED STATES | No.: 07-351 T |

**AMENDED COMPLAINT**

1. This amended complaint is filed subsequent to the complaint filed on or about June 1, 2007 on behalf of Rio Vista Corporation. A copy of the Complaint is attached hereto as Exhibit 1 and incorporated by this reference as though fully set forth herein. Plaintiffs reaffirm each and every allegation contained in Exhibit 1;

2. Plaintiff Juan and Graciela Cardenas are married and have their mailing address at

Case 1:07-cv-0035_-CCM Document 8 Filed 11/07/_07 Page 2 of 4

935 Faith Place, Nipomo, California, 93444, and each individual plaintiff has been determined by defendant's Internal Revenue Service, contrary to their protest, to be "responsible officers" of plaintiff Rio Vista Corporation, for Form 943 employment taxes as stated in the attached Exhibit 1, pursuant to 26 U.S.C. Section 6672.

3. Plaintiff Juan Cardenas' social security number is 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;

4. Plaintiff Graciela Cardenas' social security number is 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;

5. Defendant is the United States of America;

6. This suit arises under the Internal Revenue Laws of the United States (Chapter 26 of the United States Code) for the refund/abatement of taxes assessed against and paid by the Plaintiffs involving Form 943 employment taxes, as stated in the attached Exhibit 1;

7. Jurisdiction is conferred upon this Court by 26 U.S.C. §§ 6532 and 7422, and 28 U.S.C. § 1346;

8. This suit further arises under the Internal Revenue Laws of the United States (Chapter 26 of the United States Code) for the refund/abatement of penalties additionally assessed against and paid through levy action by defendant's Internal Revenue Service by the Plaintiffs pursuant to 26 U.S.C. § 6672, the "responsible officer penalty";

9. Plaintiffs have made payment to Defendant's Internal Revenue Service, no amount of which has been refunded.

10. Plaintiffs made payments to Defendant's Internal Revenue Service pursuant to levies and other collection activity for penalties assessed against the individual plaintiffs pursuant to 26 U.S.C. § 6672 as "responsible officer penalty", notwithstanding payment by plaintiff Rio Vista Corporation. These responsible officer penalty assessments

Case 1:07-cv-0035 CCM Document 8 Filed 11/07/ 07 Page 3 of 4

were arbitrary and erroneous, and contrary to law as all of the underlying tax liabilities have been satisfied, or are in the process of being determined to have been satisfied.

11. Collection against Plaintiffs was improper pursuant to 26 U.S.C. § 6331(i), which precludes collection activity during the pendency of proceedings for refund of divisible tax;

12. To date, Plaintiffs have not received any refund payment for the aforementioned erroneously assessed and paid penalties;

13. Plaintiffs allege that Defendant has taken an unjustified, arbitrary and erroneous position, contrary to law, with respect to the continued collection action against Plaintiffs, despite the pendency of the action at bar for refund of the underlying divisible tax liabilities;

14. Plaintiffs are the sole owners of their claims against Defendant and have made no assignment of said claims.

WHEREFORE, Plaintiffs pray for judgment against Defendant, in the assessed and paid amount of $192,000, or such other amount as substantiated by credible evidence adduced in this action, together with:

a. Interest as assessed, paid and as allowed by law;

b. Costs as allowed by law;

c. Costs and fees pursuant to 26 U.S.C. § 7430;

d. Attorneys' fees as allowed, pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 2412; 5 U.S.C. § 504, and amendments thereto made by the Equal Access to Justice Act (H.R. 5612, Title II, § 201-208), and any other legislation; and

e. Such other relief as the Court shall deem appropriate.

Dated: November 6, 2007

MARTIN A. SCHAINBAUM
A Professional Law Corporation

s/ Martin A. Schainbaum
MARTIN A. SCHAINBAUM, Esq.

# EXHIBIT 1

(to amended complaint)

# In the United States Court of Federal Claims

No. 07-351 T
Filed: June 4, 2007

**RIO VISTA CORPORATION**

**NOTICE OF ASSIGNMENT TO:**

**v.**

**Judge Christine Odell Cook Miller**

**THE UNITED STATES**

Pursuant to Rule 40.1, this case has been assigned to the above Judge for the conduct of proceedings pursuant to the rules of this court. Careful consideration and observance by counsel of the rules of the court and the orders of the judge applicable to the various steps required for the prosecution of the case will enable the judge and the clerk of court to assist counsel in the expeditious disposition of the case with a minimum of time and expense. Counsels' attention is called to Appendix A of the Rules of the United States Court of Federal Claims, which govern proceedings before trial, and has application in every case unless an order is entered providing otherwise. As to the duplication, form and size requirements and number of copies of papers to be filed, see Rule 5.3. As to service, see Rule 5.1.

Also, counsels' attention is called to Appendix H that implements three methods of Alternative Dispute Resolution: Settlement Judges, Mini-Trials, and Third-Party Neutrals. The methods are both voluntary (i.e. both parties must agree to use the procedures) and flexible, and should be employed early in the litigation process.

The United States is requested to promptly file written notification of the name, address and telephone number of assigned counsel in accordance with Rule 83.1(c)(3) and (5).

Pursuant to Rule 5.3(g): "In pleadings and papers other than the complaint, the name of the judge assigned to the case shall be included under the docket number."

Brian Bishop
Brian Bishop, Clerk

Case 1:07-cv-0035_-_CM Document 8-2 Filed 11/07/_07 Page 3 of 14

# In the United States Court of Federal Claims

**RIO VISTA CORPORATION**

**v.**

**THE UNITED STATES**

**No. 07-351 T**
**Filed: June 4, 2007**

## NOTICE OF ELECTRONIC DESIGNATION

Pursuant to General Order No. 42A, this case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. In order to file documents and receive service in CM/ECF, attorneys of record must have a CM/ECF account. A CM/ECF account login and password will be issued only to members of the United States Court of Federal Claims bar who have passed a certification test. Information about CM/ECF, including the certification process and test, is available at the court's public website (www.uscfc.uscourts.gov).

**The following guidelines apply to all electronic cases in the CM/ECF system:**

All documents in this case are to be filed electronically, except with leave of Court upon good cause shown. All electronically filed documents are to be in Portable Document Format (.pdf). While electronic filing via Internet is preferred, the Clerk's office will make available a public terminal from which documents may be filed electronically during normal business hours only (8:45 a.m. to 5:15 p.m.).

Service is complete upon electronic submission of an order or document and will be effected by electronic notice only to those counsel with a CM/ECF account. Counsel must immediately obtain a CM/ECF account if they do not have one already in order to receive service of electronically filed documents. The Clerk's office will effect service of electronically filed documents in paper form for thirty (30) days from the date that the case is opened if counsel has not yet obtained an account. All orders and documents not served electronically after that date will be the responsibility of counsel to obtain through use of a PACER account. Counsel are responsible for monitoring their e-mail accounts and, upon receipt of notice of an electronic filing, for retrieving the order or document electronically. Do not attach certificates of service for documents filed electronically unless the document is served by hand as well.

Counsel are on notice that **no allowance can be made for late filing of documents whose time limits are jurisdictional.**

s/ Brian Bishop
Brian Bishop, Clerk of Court

RECEIVED
JUN 11 2007

MARTIN A. SCHAINBAUM, Esq.
Martin A. Schainbaum, A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone: (415) 777-1040
Fax: (415) 981-1065
E-mail: schainbm@taxwarrior.com

Attorneys for Plaintiff
Rio Vista Corporation

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RIO VISTA CORPORATION, <br> v. <br> THE UNITED STATES OF AMERICA | No.: ____________ |

**COMPLAINT**

1. Plaintiff Rio Vista Corporation has its principal place of business at 935 Faith Place, Nipomo California, 93444. Plaintiff's Employer Identification Number is 77-0332175;

2. Defendant is the United States of America;

3. This suit arises under the Internal Revenue Laws of the United States (Chapter 26 of the United States Code) for the refund/abatement of taxes assessed against and paid by the Plaintiff involving Form 943 employment taxes for tax periods ending on the following dates: December 31, 1993, December 31, 1996, December 31, 1997, December 31, 1999, December 31, 2001, December 31, 2002, and December 31, 2003;

Case 1:07-cv-0035 CM Document 8-2 Filed 11/07 07 Page 5 of 14

4. Jurisdiction is conferred upon this Court by 26 U.S.C. §§ 6532 and 7422, and 28 U.S.C. § 1346;

5. Plaintiff has made payments to Defendant's Internal Revenue Service as follows:

| Tax period Ending | Payment Amount | Payment Date |
|---|---|---|
| December 31, 1993 | $8,000 | April, 2006 |
| December 31, 1996 | $8,000 | April, 2006 |
| December 31, 1997 | $8,000 | April, 2006 |
| December 31, 1999 | $8,000 | April, 2006 |
| December 31, 2001 | $16,000 | March-April, 2006 |
| December 31, 2002 | $16,000 | February –March, 2006 |
| December 31, 2003 | $8,000 | February, 2006 |

Further, Plaintiff has made, and continues to make, monthly payments under protest pursuant to a payment plan agreement entered into with Defendant's Internal Revenue Service. To date, payments made under protest, since August 2005, pursuant to the payment plan total at least $172,000, which total amount has not been properly recorded and credited to Plaintiff's account by Defendant's Internal Revenue Service*;

6. The aforementioned payments were erroneously paid to Defendant's Internal Revenue Service due to the fact there is no tax liability in excess of the payments previously paid by Plaintiff in due course as required by law. Consequently, Defendant's Internal Revenue Service erroneously asserted additional tax liabilities in the amount of $231,359. The aforementioned alleged tax liabilities have been satisfied. Consequently, Plaintiff is entitled to refunds of the amounts paid and identified below as having been paid under protest for taxes not due and owing;

7. On or about September 1, 2006, Plaintiff submitted Forms 843, Claim for Refund and Request for Abatement, copies of which are attached as Exhibits A through G, and

* Payments have been made jointly on behalf of Plaintiff and J. Cardenas & Sons, Inc., which has filed a separate simultaneous complaint for refund. It is unknown how the Defendant's Internal Revenue Service has allocated the payments between the two taxpayers.

Case 1:07-cv-00351-CCM Document 8-2 Filed 11/07/2007 Page 6 of 14

incorporated by reference herein, claiming refund of the following amounts:

| Exhibit | Tax Period Ending | Refund Claim Amount |
|---|---|---|
| A | December 31, 1993 | $9.64 |
| B | December 31, 1996 | $9.64 |
| C | December 31, 1997 | $51.84 |
| D | December 31, 1999 | $1,529.20 |
| E | December 31, 2001 | $11,685.81 |
| F | December 31, 2002 | $4,853.32 |
| G | December 31, 2003 | $3,784.21 |

8. To date, Plaintiff has not received any refund payment for the aforementioned erroneously assessed and paid taxes. A period of six months has elapsed since the date of filing the claims for refund;

9. As ground and basis for recovery, Plaintiff incorporates by this reference as though fully set forth herein, each and every allegation, statement and ground contained in Exhibits A through G, the respective claims for refund;

10. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1993, and is entitled to recover from Defendant the claimed refund amount of $9.64, or such greater or other amount, together with interest, as allowed by law;

11. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1996, and is entitled to recover from Defendant the claimed refund amount of $9.64, or such greater or other amount, together with interest, as allowed by law;

12. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1997, and is entitled to recover from Defendant the claimed refund amount of $51.84, or such greater or other amount, together with interest, as allowed by law;

Case 1:07-cv-00351-CCM Document 8-2 Filed 11/07/2007 Page 7 of 14

13. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 1999, and is entitled to recover from Defendant the claimed refund amount of $1,529.20, or such greater or other amount, together with interest, as allowed by law;

14. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 2001, and is entitled to recover from Defendant the claimed refund amount of $11,685.81, or such greater or other amount, together with interest, as allowed by law;

15. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 2002, and is entitled to recover from Defendant the claimed refund amount of $4,853.32, or such greater or other amount, together with interest, as allowed by law;

16. Plaintiff has overpaid its federal Form 943 employment tax liability for the period ending December 31, 2003, and is entitled to recover from Defendant the claimed refund amount of $3,784.21, or such greater or other amount, together with interest, as allowed by law;

17. Plaintiff's payments to Defendant's Internal Revenue Service since August 2005, at least in the amount of $172,000, made under protest pursuant to a payment plan, constitute overpayments, and Plaintiff is entitled to recover from Defendant the amount of $172,000, or such greater or other amount, together with interest, as allowed by law;

18. Plaintiff alleges that Defendant has taken an unjustified, arbitrary and erroneous position with respect to the failure of Defendant's Internal Revenue Service to record and allow proper credit to Plaintiff for its tax payments, which failure by Defendant's Internal

Revenue Service has resulted in overpayment of the taxes paid and described herein sought to be refunded;

19. Plaintiff is the sole owner of its claims against Defendant and has made no assignment of said claims.

WHEREFORE, Plaintiff prays for judgment against Defendant, in the assessed and paid amount of $172,000, or such greater or other amount as allowed by law, together with:

a. Interest as paid, assessed, and as allowed by law;

b. Costs as allowed by law;

c. Attorneys' fees as allowed, pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 2412; 5 U.S.C. § 504, and amendments thereto made by the Equal Access to Justice Act (H.R. 5612, Titile II, § 201-208), and any other legislation; and

d. Such other relief as the Court shall deem appropriate.

Dated: 31 May 2007

MARTIN A. SCHAINBAUM
A Professional Law Corporation

[signature]
By: MARTIN A. SCHAINBAUM, Esq.

Case 1:07-cv-00351-CCM Document 8-2 Filed 11/07/2007 Page 9 of 14

Form 843 (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not use Form 843 if your claim is for—***
- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant: **Rio Vista Corporation, Inc.**

Your SSN or ITIN: : :

Address (number, street, and room or suite no.): **PO Box 8420**

Spouse's SSN or ITIN: : :

City or town, state, and ZIP code: **Santa Maria, CA 93454**

Employer identification number (EIN): **77 : 0332175**

Name and address shown on return if different from above

Daytime telephone number: **( 805 ) 310-6068**

**1** **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 1993** to **12 / 31 / 1993**

**2** Amount to be refunded or abated **$ 9.64**

**3a** Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ____________

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ **$8,000-April, 2006**

**5** **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Jose Sandoval, in the amount of $9.64, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/93 to 12/31/93. Rio Vista Corporation, Inc. requests a refund in the amount of $9.64, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]
Signature (Title, if applicable. Claims by corporations must be signed by an officer.) ............ Date ............

Signature ............ Date ............

Privacy Act and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 10180R Form **843** (Rev. 11-2005)

EXHIBIT
A

Case 1:07-cv-00351-CCM Document 8-2 Filed 11/07/2007 Page 10 of 14

Form 843
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.

**Do not use Form 843 if your claim is for—**
- An overpayment of income taxes;
- A refund for nontaxable use (or sales) of fuel; or
- An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

Type or print

Name of claimant
**Rio Vista Corporation, Inc.**

Your SSN or ITIN

Address (number, street, and room or suite no.)
**PO Box 6420**

Spouse's SSN or ITIN

City or town, state, and ZIP code
**Santa Maria, CA 93454**

Employer identification number (EIN)
**77 : 0332175**

Name and address shown on return if different from above

Daytime telephone number
**( 805 ) 310-6068**

1 **Period.** Prepare a separate Form 843 for each tax period
From 01 / 01 / 1996 to 12 / 31 / 1996

2 Amount to be refunded or abated
$ 9.64

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-April, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Jose Sandoval, in the amount of $9.64, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/96 to 12/31/96. Rio Vista Corporation, Inc. requests a refund in the amount of $9.64, or such greater or other amount, together with interest as allowed by law.**

**[Sign]ature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must [sign] the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be [acco]mpanied by the officer's title.

[Under] penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and [belief], it is true, correct, and complete.

[Signatu]re (Title, if applicable. Claims by corporations must be signed by an officer.)

Date

[Signatu]re

Date

[For Pri]vacy Act and Paperwork Reduction Act Notice, see separate instructions.

EXHIBIT
B

Form 843 (Rev. 11-2005)

Case 1:07-cv-00351-[illegible] Document 8-2 Filed 11/07/[illegible]07 Page 11 of 14

(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not use Form 843 if your claim is for—***

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant: **Rio Vista Corporation, Inc.**

Address (number, street, and room or suite no.): **PO Box 6420**

City or town, state, and ZIP code: **Santa Maria, CA 93454**

Name and address shown on return if different from above

Your SSN or ITIN:

Spouse's SSN or ITIN:

Employer identification number (EIN): **77 : 0332175**

Daytime telephone number: **( 805 ) 310-6088**

**1 Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 1997** to **12 / 31 / 1997**

**2** Amount to be refunded or abated **$ 51.84**

**3a** Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ **$8,000-April, 2006**

**5 Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Jose Sandoval, in the amount of $51.84, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/97 to 12/31/97. Rio Vista Corporation, Inc. requests a refund in the amount of $51.84, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **843** (Rev. 11-2005)

EXHIBIT
C

Case 1:07-cv-00351-CCM Document 8-2 Filed 11/07/2007 Page 12 of 14

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant: **Rio Vista Corporation, Inc.**

Address (number, street, and room or suite no.): **PO Box 6420**

City or town, state, and ZIP code: **Santa Maria, CA 93454**

Name and address shown on return if different from above

Your SSN or ITIN:

Spouse's SSN or ITIN:

Employer identification number (EIN): **77 : 0332175**

Daytime telephone number: **( 805 ) 310-6068**

1 **Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 1999** to **12 / 31 / 1999**

2 Amount to be refunded or abated **$ 1,529.20**

3a Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ **$8,000-April, 2006**

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Filemon Camargo, in the amount of $1,529.20, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/99 to 12/31/99. Rio Vista Corporation, Inc. requests a refund in the amount of $1,529.20, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

EXHIBIT D

Form **843** (Rev. 11-2005)

Case 1:07-cv-00351-CCM Document 8-2 Filed 11/07/2007 Page 13 of 14

Form **843** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*
- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant: **Rio Vista Corporation, Inc.**

Your SSN or ITIN:

Address (number, street, and room or suite no.): **PO Box 6420**

Spouse's SSN or ITIN:

City or town, state, and ZIP code: **Santa Maria, CA 93454**

Employer identification number (EIN): **77 : 0332175**

Name and address shown on return if different from above

Daytime telephone number: **( 805 ) 310-6068**

**1 Period.** Prepare a separate Form 843 for each tax period
From **01 / 01 / 2001** to **12 / 31 / 2001**

**2** Amount to be refunded or abated **$ 11,685.81**

**3a** Type of tax, penalty, or addition to tax:
☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ **$8,000-April, 2006 $8,000-March, 2006**

**5 Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Gerardo Cardenas, in the amount of $11,685.81, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/01 to 12/31/01. Rio Vista Corporation, Inc. requests a refund in the amount of $11,685.81, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Julian Cardenas (signature)

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) ........ Date ........

Signature ........ Date ........

**Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

**EXHIBIT** E

Form 843 (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not use Form 843 if your claim is for—***

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

Name of claimant: **Rio Vista Corporation, Inc.**

Your SSN or ITIN:

Address (number, street, and room or suite no.): **PO Box 6420**

Spouse's SSN or ITIN:

City or town, state, and ZIP code: **Santa Maria, CA 93454**

Employer identification number (EIN): **77 : 0332175**

Name and address shown on return if different from above

Daytime telephone number: **( 805 ) 310-6068**

**1 Period.** Prepare a separate Form 843 for each tax period

From **01 / 01 / 2002** to **12 / 31 / 2002**

**2** Amount to be refunded or abated **$ 4,853.32**

**3a** Type of tax, penalty, or addition to tax:

☑ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)

☐ Penalty—IRC section ►

**b** Type of return filed (see instructions):

☐ 706 ☐ 709 ☐ 940 ☐ 941 ☑ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:

☐ Interest as a result of IRS errors or delays.

☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ► **$8,000-March, 2006 $8,000-February, 2006**

**5 Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**Employment tax paid on behalf of Jose Sandoval, in the amount of $4,853.32, has been erroneously and arbitrarily assessed by the Internal Revenue Service. The Internal Revenue Service erroneously and arbitrarily failed to give proper credit for payments made by Rio Vista Corporation, Inc. Further, the Internal Revenue Service erroneously assessed an amount in excess of the amount required by law for 01/01/02 to 12/31/02. Rio Vista Corporation, Inc. requests a refund in the amount of $4,853.32, or such greater or other amount, together with interest as allowed by law.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

**Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Form 843 (Rev. 11-2005)

EXHIBIT F

**Service of Process:**

1:07-cv-00351-CCM RIO VISTA CORPORATION v. USA

ECF

**US Court of Federal Claims**

**United States Court of Federal Claims**

**Notice of Electronic Filing**

The following transaction was entered by Schainbaum, Martin on 11/7/2007 at 12:38 PM EST and filed on 11/7/2007

**Case Name:** RIO VISTA CORPORATION v. USA
**Case Number:** 1:07-cv-351
**Filer:** RIO VISTA CORPORATION
**Document Number:** 9

**Docket Text:**
CERTIFICATE OF SERVICE, filed by RIO VISTA CORPORATION re [8] Amended Complaint (Schainbaum, Martin)

**1:07-cv-351 Notice has been electronically mailed to:**

Martin A. Schainbaum schainbm@taxwarrior.com

Jennifer Dover Spriggs jennifer.d.spriggs@usdoj.gov, CTFEDClaims.Taxcivil@usdoj.gov, Katie.M.Stevens2@usdoj.gov

**1:07-cv-351 Notice will NOT be delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=11/7/2007] [FileNumber=522531-0]
[9a775691c0f047ae31c585ccf2a73333ab654b1f22c8ceb6b9b2575e7cc81fbf9e54
69f056c102cfda83652f413f51f7fd4bd6350a7578602cb403af1fea0d59]]

MARTIN A. SCHAINBAUM, Esq.
Martin A. Schainbaum, A Professional Law Corporation
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone: (415) 777-1040
Fax: (415) 981-1065
E-mail: schainbm@taxwarrior.com

Attorneys for Plaintiffs
Rio Vista Corporation,
Juan Cardenas, and Graciela Cardenas

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RIO VISTA CORPORATION, JUAN CARDENAS and GRACIELA CARDENAS<br><br>v.<br><br>THE UNITED STATES | No.: 07-351 T |

**CERTIFICATE OF SERVICE**

I hereby certify on this 6th day of November 2007 that a true and correct copy of the Amended Complaint was served on the following via E-mail and first class U.S. mail postage prepaid to:

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
E-mail: jennifer.d.spriggs@usdoj.gov

Date: November 6, 2007

s/ Martin A. Schainbaum
MARTIN A. SCHAINBAUM