# EXHIBIT 2

Form 668-A(c) (Rev. January 2001)

Department of the Treasury – Internal Revenue Service

# Notice of Levy

DATE: 09/25/2007

REPLY TO:
ICS SUPPORT - STOP 813G
PO BOX 145566
CINCINNATI, OH 45250-5566

TELEPHONE NUMBER OF IRS OFFICE: TOLL FREE 1-800-829-3903
SBB
SEQNUM 00583

TO: P 94-1347393 DPC05

WELLS FARGO BANK
LEGAL ORDER PROCESS MAC#S3928-021
P.O. BOX 29779
PHOENIX, AZ 85038-9779

NAME AND ADDRESS OF TAXPAYER:

JUAN & GRACIELA CARDENAS
935 FAITH PL
NIPOMO CA 93444-9451359

IDENTIFYING NUMBER(S): 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

CARD A 00

**THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN. | 12-31-1999 | $ 6,942.43 | $ 13,069.40 | $ 20,011.83 |
| CIVPEN | 12-31-2001 | $ 31,629.68 | $ 8,992.14 | $ 40,621.82 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS CHECKED IN THE BLOCK TO THE RIGHT →

Total Amount Due ▶ $ 60,633.65

We figured the interest and late payment penalty to 10-25-2007

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

**Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.**

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy:

1. Make your check or money order payable to United States Treasury.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub).
3. Complete the back of Part 2 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 3 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 2, and mail that part back to us in the enclosed envelope.

Signature of Service Representative: R. M. Owens

Title: Operations Manager, Collection

Part 1 - FOR ADDRESSEE

FORM 668-A(c) (Rev. 01-2001)