WELLS FARGO

Wells Fargo Bank
Levy Processing Department
P O Box 29779
Phoenix, AZ 85038-9779

September 26, 2007

JUAN T CARDENAS
GRACIELA CARDENAS
935 FAITH PL
NIPOMO CA 93444-9451

RE: File L070925S9345097

Dear Customer:

Wells Fargo Bank has received a legal order regarding your account. A copy is enclosed for your review.

By law, Wells Fargo must comply with this order. If you have any questions or wish to object to this order, please contact the issuing party.

We have debited the following account.

| ACCOUNT NUMBER | AMOUNT | BANK FEE |
|---|---|---|
| XXXX-XX7435 | 200.28 | |

Sincerely,

Levy Processing Department

Enclosure: Original order

EXHIBIT

M