IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-350 T

(Judge Christine O.C. Miller)

J. CARDENAS & SONS FARMING, INC.,
JUAN CARDENAS AND GRACIELA CARDENAS

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

No. 07-351 T

RIO VISTA CORPORATION,
JUAN CARDENAS AND GRACIELA CARDENAS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of fifteen days from February 11, 2008, to and including February 26, 2008, within which to file

its answer or other response to the Second Amended Complaint filed in the above-captioned matter. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that its trial attorney received supplemental defense recommendations in this action from the Internal Revenue Service ("IRS") on February 8, 2008. The IRS advised that there are additional administrative files relevant to the issues raised in the Second Amended Complaint which have not yet been located. Counsel for the IRS advised that the IRS is continuing its search for the additional administrative files. Defendant's trial attorney expects to receive the additional administrative files and to respond to the Second Amended Complaint within the time requested.

Defendant's trial attorney left a telephone message but was unable to reach plaintiffs' counsel. Therefore, plaintiffs have not provided their position with respect to this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson
Of Counsel

February 11, 2008